ROBERT S. McLAY (SBN 176661)
rsm@dkmlawgroup.com
JOSHUA N. KASTAN (SBN 284767)
jnk@dkmlawgroup.com
MELISSA L. O'CONNOR (SBN 251932)
moc@dkmlawgroup.com
**DKM LAW GROUP, LLP**
535 Pacific Ave, Suite 101
San Francisco, California 94133
Telephone: 415.421.1100
Facsimile: 833.790.5202

Attorneys for Defendant,
USAA GENERAL INDEMNITY COMPANY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LoPICCOLO<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY INC., USAA GENERAL INDEMNITY COMPANY; and DOES 1 through 20,<br><br>Defendants. | CASE NO. 2:18-CV-02083-TLN-KJN<br><br>[Formerly Nevada County Superior Court Case No. CU18-08286]<br><br>**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEUDLING ORDER**<br><br>Complaint filed: March 16, 2018 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

This joint stipulation is made and entered into by and between Plaintiff Christopher LoPiccolo ("LoPiccolo") and Defendant USAA General Indemnity Company ("USAA GIC"; collectively the "Parties").

**RECITALS**

1. On July 31, 2018, the Court issued its Initial Pretrial Scheduling Order (Dkt. 2).

2. On August 29, 2018 LoPiccolo filed a Motion to Remand (Dkt. 7). USAA GIC opposed this Motion (Dkt. 8).

-1-
**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER
CASE NO. - 2:18-CV-0283-TLN-GGH**

3. The Court took under submission Plaintiff's Motion to Remand on September 26, 2018. (Dkt. 10), and an Order regarding the Motion has not yet been issued.

## **STIPULATION**

1. Due to the pending Motion to Remand, the Parties agree to continue the case management deadlines as set for the in the Initial Pretrial Scheduling Order (Dkt. 2) as follows:

    a. The deadline for completion of non-expert discovery shall be extended from April 4, 2019 to October 4, 2019.

    b. The deadline for disclosure of expert witnesses pursuant to FRCP 26(a)(2)(B) shall be extended to 60 days after the completion of non-expert discovery, or December 3, 3, 2019.

    c. The deadline for disclosure of supplemental expert witnesses shall be extended to 30 days after the initial expert disclosure, or January 2, 2020.

    d. The deadline for FRCP 26(e) supplemental disclosures and responses shall be 120 days after the close of non-expert discovery, or February 3, 2020.

    e. The deadline for filing dispositive motions shall be extended to 180 days after the close of non-expert discovery, or April 2, 2020.

    f. If dispositive motion(s) are filed, the Parties will file a Joint Notice of Trial Readiness no later than thirty (30) days after receiving the Court's ruling(s) on the last filed dispositive motion(s) if discovery has already been closed for more than 120 days by the time of the Court's ruling on the dispositive motion(s). If discovery remains open or has not been closed for more than 120 days by the time the Court rules on the last filed dispositive motion(s), the Parties will file a Joint Notice of Trial Readiness no later than 120 days after the close of discovery, or February 3, 2020. If no dispositive motions are filed, the Parties will file a Joint Notice of Trial Readiness no later than 120 days after the close of discovery, or February 3, 2020, with statements of intent to forgo the filing of dispositive motions.

**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER**
**CASE NO. - 2:18-CV-0283-TLN-GGH**

| | | |
|---|---|---|
| Dated: March 14, 2019 | | DKM LAW GROUP, LLP |

By  /s/
              ROBERT S. McLAY
              JOSHUA N. KASTAN
              MELISSA L. O'CONNOR
              Attorneys for Defendant
              USAA GENERAL INDEMNITY COMPANY

Dated: March 8, 2019          LAW OFFICE OF R. ELLIS HARPER

By:  /s/
              R. ELLIS HARPER
              Attorney for Plaintiff
              CHRISTOPHER LOPICCOLO

**IT IS SO ORDERED.**

Dated: March 14, 2019

_____
Troy L. Nunley
United States District Judge

-3-
**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER**
**CASE NO. - 2:18-CV-0283-TLN-GGH**